DECEMBER 13, 2010

No. 10–291. CLEMONS ET AL. *v.* DEPARTMENT OF COMMERCE ET AL. Appeal from D. C. N. D. Miss. Judgment vacated, and case remanded with instructions to dismiss the complaint for lack of jurisdiction.

No. 10–6912. JONES *v.* BLUM. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 10–6924. BENJAMIN *v.* BOOKER ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 10–7213. SPAIN *v.* TEXAS MEDICAL BOARD DISCIPLINARY COMMITTEE. Sup. Ct. Tex. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 10–7275. BENJAMIN *v.* WALLACE ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2474. IN RE DISBARMENT OF MARSHALL. Disbarment entered. [For earlier order herein, see 561 U. S. 1043.]

No. D–2524. IN RE DISBARMENT OF DITTON. Disbarment entered. [For earlier order herein, see *ante,* p. 812.]

No. 10M54. SADIQ K. *v.* MAINE DEPARTMENT OF HEALTH. Motion for leave to file petition for writ of certiorari under seal granted.

No. 09–11419. IN RE THOMAS. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 826] denied.

No. 10–10. TURNER *v.* ROGERS ET AL. Sup. Ct. S. C. [Certiorari granted, *ante,* p. 1002.] Motion of respondents for appointment of counsel denied.